**George BARTZ, Plaintiff—Appellant,**

v.

**Maggie MILLER–STOUT; et al., Defendants—Appellees.**

No. 09–36143.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2011.*

Filed March 1, 2011.

George Bartz, Littlerock, WA, pro se.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

---

* The Honorable Carlos F. Lucero, United States Circuit Judge for the Tenth Circuit, sitting by designation.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## ORDER

We recall the mandate for the limited purpose of withdrawing the memorandum disposition filed on January 21, 2011 and concurrently filing a replacement memorandum disposition.

The memorandum disposition filed on January 21, 2011 is withdrawn. A replacement memorandum disposition will be filed concurrently with this order.

The mandate shall reissue forthwith.

## MEMORANDUM **

George Bartz, a Washington state prisoner, appeals pro se from the district court's judgment dismissing his action alleging that defendants deducted military retirement benefits from his inmate trust account in violation of his constitutional rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under the screening provisions of 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order).

We vacate the judgment and remand to the district court with instructions to appoint counsel and direct service of a second amended complaint on the named defendant(s), so that defendant(s) may file a responsive pleading or motion.

**VACATED and REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).